FORM A—To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Randy Anderson Sr.
# 0401670

8:06cv305

(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

v.                                          COMPLAINT

K. Knopchi C405: Detention Supervisor
Officer Gustafson E. #1394
Omaha Police Department
Thomas Warren - Chief of Police

(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

**RECEIVED**

APR 0 6 2006

CLERK
U.S. DISTRICT COURT
OMAHA

5

I.   A.  Place of Present Confinement _Omaha Police Headquarters_
    B.  Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff _Randy Andrews Sr._   Registr. No. _0401670_
Address _710 S. 17th St._
_Omaha, NE 68102_

Additional plaintiff's Registr. No. and address:
_N/A_

(2) Defendant's _Thomas Warren; E. Gustafson #1994_  _K. Kmpdi #2405_
~~is~~ and employed ~~as~~ at _Omaha Police department_

Additional defendant's employment: _____

II. Previous Civil Actions

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No _✓_

(1) Title: _____
    (Plaintiff)   (v.)   (Defendant)

(2) Date filed _____

(3) Court where filed _____
(specify if the court was state or federal and the level of the court)

(4) Court number and citation _____

(5) Name of judge to whom the case was assigned _____

(6) Basic claim made _____

(7) Date of disposition_____

(8) Disposition_____
    (pending) (on appeal) (resolved)

(9) If decided by the court, state whether for plaintiff or defendant_____

(10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement?  Yes ___  No ___

III. Grievance Procedure

A. Does your institution have an administrative or grievance procedure? Yes _X_ No ___ (other)

B. Did you present the facts relating to your complaint through the administrative or grievance procedure? Yes _X_ No ___

C. What was the result? Filed complaint with internal affairs, awaiting decesion on complaint!

D. If you did not file a grievance, state the reasons_____

E. Please attach any responses as exhibits to this complaint. Will send to the court when Plaintiff receives them

F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities? Yes _X_ No ___

Internal affairs w/ the Omaha Police department!

G. If your answer to F is yes,

A. What steps did you take and what was the result? _Complaint to tat internal affairs no response yet._

IV. Jurisdiction

A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes _X_ No ___

If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: _These defendants work for the city of Omaha, for the police department_

B. Is this complaint brought for a violation of state or local law? Yes ___ No _X_

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated___

Is/are the defendant(s) residents of the same state as you? Yes _X_ No ___

If not, specify what state___

8

V. Statement of Claim:

(State here as briefly as possible the **FACTS** of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. Do not give legal arguments or cite cases or statutes except in Part B below.

A. On Dec. 10, 2005 thru Dec 13, 2005 I was a prisoner at the Omaha Police depart. I was denied medical help by the officers in direct charge of my cell. This refusal left me in a position which could have cause me to bleed to death internally. Once I was released to the custody of the Douglas county correctional center I was taken to the hospital and treated for internal bleeding after I fell out in one of the jail (county) mods.
My stool was full of blood. I was coughing up blood while in the custody of the Omaha Police department. These conditions were known by the Omaha police and still I was refused medical assistance. The only help medical I received was for external bleeding problems. I was told to lay down and shut-up. Several times I

9

Furthermore I was denied the phone as not to be able to contact out side sources for medical help.

There are a lot of supporting papers forth coming and I'll supply them to the court at which time I'll present the —

B. State briefly your legal theory or cite appropriate authority:

*I believe my 8th Amendment right to be free from Cruel and unusual punishment was completely violated by Omaha Police depart.*

VI. Relief

A. Do you request money damages? Yes X  No ___

If so,

    1. Did you lose any money from this incident? Yes ___ No X  If so, how much? _____

    2. Did you receive a physical injury? Yes X  No ___

    3. What other harm did you experience from this incident? *The mental anguish that I might bleed to death and couldn't get any police to help me.*

    4. State the amount of damages claimed 1,000,000 *(1 million dollars)*

B. Do you request a jury trial? Yes X  No ___

C. State briefly <u>exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

*I want to be compensated for mental and physical pain and suffering. 1 million dollars.*

VII. Request for Appointment of Counsel

    A.   Do you want an attorney to represent you in presenting your claim to the court?  Yes _X_  No ___

    B.   Did someone help you in preparing this complaint?  Yes _X_  No ___  If so, state the person's name (optional)

    _____

    _____

    C.   Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action?  Yes ___  No _X_

If so, state the name(s) and address(es) of each lawyer contacted _____

    _No attorney is willing to talk over the phone._

If not, state your reasons _____

    _____

    _____

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

**I declare under penalty of perjury that the forgoing is true and correct.**

Signed this 2nd day of April, 2006.

    _Randy Anderson Sr._
    _# 040670_

(Signature(s) of Plaintiff(s))

13




# OMAHA POLICE DEPARTMENT
## Detainee Request for Medical Assistance Questionnaire

**ORIGINAL**

Day/Date Time: 1915 SA 10 Dec 05     RB#: F 73899

Arrest Number: K10503     Data #: 0401670

Name: ANDERSEN, RANDY

Address: 1526 N 17 St

Charge: MAnslaughter, asslt-2nd, 2x use of weapon

Nature of Illness: staples pulled out of abdomen

**Medications Currently Prescribed:**
None

**Location of Medications:** (If Not With Detainee):
1. Who has them? None
2. What is their address?
3. What is their phone #?

**Current Attending Physician:**
1. Name: unknown
2. Phone #:

Last Dosage Taken? None

Next Scheduled Dosage:

Insurance Coverage: Progressive

If no Insurance, Other Benefits: _____
(Example: V.A., Medicaid, Medicare, etc.)

**Arresting Agency:**
☐ D.C.S.   ☐ N.S.P.   ☐ F.B.I.   ☐ I.N.S.   ☐ U.S. Marshall   ☐ Sec. Serv.   ☒ O.P.D.
☐ Others _____

Request for Medical Attention: ___ Approved   X Denied

Reason: Party was being treated at cumc since 26 Nov 05 for injuries he sustained in a car accident. Party walked away from the hospital against medical advice on about

Detention Supervisor: K. Kmjack C405     Serial #: _____

OPD Form 9-99 (03)

the 7th or 8th of December AND has eluded police until he was arrested last Night.

According to Ofc. Gustafson, E. #1394 (from the traffic office) Andersen was not expected to be released from Cume until after Xmas but walked out against medical advice. Gustafson states that Andersen is considered a flight risk

Medical attention given in form of disinfecting & bandaging wound. Party refused aspirin for pain. No transport to the hospital.

12-12-05

RECEIVED

APR 06 2006

CLERK
U.S. DISTRICT COURT
OMAHA

Randy Anderson #0401670
716 S. 17th St.
Omaha, Ne

Clerk of the Court
United States Court house
111 S. 18th Plaza, Suite 1152
Omaha, Ne 68102-1322

RECEIVED
APR 06 2006
CLERK
U.S. DISTRICT COURT
OMAHA