IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
RANDY ANDERSEN, SR.,              )
                                  )
           Plaintiff,             )        6:06CV305
                                  )
      v.                          )
                                  )
K. KONPCHI, C405, DETENTION       )        ORDER
SUPERVISOR, OFFICER GUSTAFSON,    )
E.#1394; OMAHA POLICE             )
DEPARTMENT; THOMAS WARREN,        )
CHIEF OF POLICE,                  )
                                  )
           Defendants.            )
_____)
```

      This matter is before the Court on defendants' motion for extension of time to respond to motion for summary judgment (Filing No. 25).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; defendants shall have until January 15, 2007, to respond to plaintiff's motion for summary judgment.

      DATED this 26th day of December, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                              LYLE E. STROM, Senior Judge
                              United States District Court